UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PAUL J. KIGER | CIVIL ACTION NO. 07-CV-2086 |
| VERSUS | JUDGE HICKS |
| OFFICER CLAIRBORNE, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 64) is **granted** and all of Plaintiff's claims against all Defendants are **dismissed with prejudice**. Any pending motions are moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 24th day of July, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE